IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GRACE M. ADAMS, )
    Plaintiff, )
    v. ) No. 00C 5457
CITY COLLEGES OF CHICAGO, )
    Defendant. )

DOCKETED SEP 0 6 2000

JUDGE RONALD GUZMAN
MAGISTRATE JUDGE SCHENKIER

### COMPLAINT

Plaintiff, GRACE M. ADAMS, by and through her attorney, TIMOTHY J. COFFEY, brings this Complaint under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. Section 621, *et seq.* (hereafter the "ADEA"), and in support thereof states as follows:

1. This Court has jurisdiction over this Complaint in that the claims made herein arise under the ADEA.

2. The unlawful employment practices complained of below were committed within Cook County, Illinois. Therefore, venue is proper in this Court.

3. Plaintiff, Grace M. Adams (hereafter "Grace"), is an individual residing in the City of Chicago, County of Cook, Illinois. She was born on January 15, 1948, and is presently 52 years old.

4. Defendant, City Colleges of Chicago (hereafter "CCC"), is either an Illinois municipal corporation, or an Illinois non-profit corporation authorized to conduct business in Illinois, and doing business through various member colleges at various locations throughout Chicago, Illinois.

5. CCC is engaged in an industry affecting commerce, as defined in Section 11(h) of the ADEA, 29 U.S.C. 630(h). CCC has employed 20 or more employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year. CCC is thus an "employer" within the meaning of the ADEA.

6. Grace is and has been an employee of CCC since 1974. She presently works at CCC member Olive Harvey College, 10001 S. Woodlawn, Chicago, IL 60628, in the full-time position of Secretary I in the Office of the Vice President of Student Services. Also, since January, 1996, in addition to her full-time position as Secretary I, Grace has worked for CCC as a part-time Counselor also at Olive Harvey College.

7. In or around June, 1998, Grace applied for a full-time counselor position with CCC at Olive Harvey College. Out of 49 applicants, the Counselor Search Committee, chaired by Mr. Daniel T. Parker, the Counseling Department Chairperson, recommended Grace for the job. CCC hired Grace for the job; however it subsequently, and unilaterally, decided that it would not fill the full-time Counselor position at that time.

8. In or around June, 1999, Grace again applied for the full-time Counselor position with CCC at Olive Harvey College. In July, 1999, the selection committee again recommended Grace as its first choice for the job. After Grace, the committee ranked the following individuals second, third and fourth choice, respectively: Carmen Holmes (DOB: 04-12-51), Sharon Tolliver (DOB: 11-14-49), and Sherri Morrow (DOB:10-13-66).

2

9. In or around August, 1999, CCC selected applicant Sherri Morrow for the full-time Counselor position, and offered her the job. On infirmation and belief, Ms. Morrow accepted CCC's offer and has been working in the new position since August, 1999.

10. Grace was more qualified for the full-time Counselor position than Ms. Morrow.

11. Grace had more relevant work experience for the full-time Counselor position than Ms. Morrow.

12. Grace had, and has, a doctorate degree in education whereas Ms. Morrow did not and, on information and belief, does not.

13. Grace's work performance in all of the positions she has held at CCC has been exemplary.

14. Grace filed a charge of age discrimination against CCC with the District Office of the Equal Employment Opportunity Commission on or about October 28, 1999. The EEOC issued its "Notice of Right to Sue" on June 7, 2000, entitling Grace to institute a civil action with respect to her charge within 90 days of the date of receipt of said notice. This complaint has been filed within 90 days of such issuance. Grace's EEOC charge and the EEOC right to sue letter are attached hereto as Exhibits A and B, respectively.

15. On information and belief, Grace's age, 51 at the time of CCC's decision, was a determining factor in CCC's decision to not offer her the full-time Counselor position, and, instead, to offer the position to Sherri Morrow.

3

16. The above described conduct by CCC was malicious and/or with reckless disregard and indifference to Grace's rights.

17. As a direct and proximate result of CCC's illegal conduct described above, Grace has suffered a loss of wages, a loss of employment benefits associated with the full-time Counselor position, and a loss of future job opportunities both within CCC, and outside of CCC.

Wherefore, Grace prays unto this Honorable Court as follows:

A. Order Defendant City Colleges of Chicago to make Grace whole by paying her appropriate lost back pay, lost employee benefits, out-of-pocket expenses, and pre-judgment interest in an amount to be shown at trial;

B. Order CCC to promote Grace to a full-time Counselor position, or an equal or greater position; or, in the alternative, order CCC to pay Grace an appropriate amount of front pay;

C. Order CCC to pay Grace liquidated damages in an amount equal to any back pay award plus lost interest;

D. Order CCC to pay Grace punitive and compensatory damages in the maximum amount allowable by law;

E. Order CCC to pay Grace's costs incurred in bringing this action, including, but not limited to, expert witness fees and reasonable attorneys fees;

F. Try all issues of fact to a jury; and,

    G.    Grant such other relief as the Court deems just.

Respectfully Submitted,<br>
GRACE M. ADAMS, Plaintiff,<br><br>
By: _____<br>
TIMOTHY J. COFFEY,<br>
Attorney for GRACE M. ADAMS

TIMOTHY J. COFFEY, ESQ.
Attorney for GRACE M. ADAMS
33 N. LaSalle Street
Suite 3300
Chicago, IL 60602
(312) 364-9000

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☒ EEOC | 210A00386 |

Illinois Dept. of Human Rights
*State or local Agency, if any* — and EEOC

**NAME** (Indicate Mr., Ms., Mrs.): Ms. Grace M. Adams
**HOME TELEPHONE** (Include Area Code): (773) 483-4731
**STREET ADDRESS**: 8608 South Calumet, **CITY, STATE AND ZIP CODE**: Chicago, IL 60619
**DATE OF BIRTH**: 01/15/1948

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: City Colleges Of Chicago
**NUMBER OF EMPLOYEES, MEMBERS**: Cat D (501+)
**TELEPHONE**: (773) 291-6100
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: Olive Harvey College, 10001 S. Woodlawn, Chicago, IL 60628
**COUNTY**: 031

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 10/28/1999  LATEST: 08/05/1999
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I. I was hired by the above named Respondent in 1974, as a Secretary. My most recent position is Secretary I in the Office of the Dean of Student Services. Since January 1996, I began a part-time Counselor position in the evenings concurrent with my fulltime position. In or about June 1999, I applied for a fulltime Counselor position which stated that "Doctorate Preferred". Shortly after I applied, I successfully defended and completed my Ph.D. program. On or about August 5, 1999, I learned that I was not selected for the position. On or about August 6, 1999, I learned that I was the top candidate recommended for the position by the selection committee.

II. I was told that I was not selected because I did not interview well with the Vice President of Academic Affairs. I was told during my grievance that "fair and equitable hiring procedures have been maintained in conjunction with normal and anticipated administrative discretions."

III. I believe that I was discriminated against because of my age, 51 (date of birth: January 15, 1948), in violation of the Age Discrimination in Employment Act of 1967, as amended, in that I was not selected for the promotion to the Counselor position, whereas a younger, less qualified and lower ranked, candidate was selected for the position.

☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date 10/28/99  Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)

EEOC FORM 5 (Rev. 06/99)

CHICAGO DISTRICT OFFICE
FILE COPY

EXHIBIT A

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## NOTICE OF RIGHT TO SUE
(Issued on request)

| To: | CERTIFIED MAIL NO.: Z-346-545-177 C/P | From: |
|---|---|---|
| | Grace M. Adams<br>8608 South Calumet<br>Chicago, Illinois 60619 | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street, Suite 2800<br>Chicago, Illinois 60661-2511 |
| [ ] On behalf of a person aggrieved whose identity is (29 C.F.R. 1601.7(a)) | | |

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 210A00386 | Eileen Sotak, Enforcement Supervisor | (312) 353-1316 |

( See the additional information attached to this form )

**TO THE PERSON AGGRIEVED:** This is your NOTICE OF RIGHT TO SUE. It is issued at your request. If you intend to sue the respondent(s) named in your charge, YOU MUST DO SO WITHIN NINETY (90) DAYS OF YOUR RECEIPT OF THIS NOTICE: OTHERWISE YOUR RIGHT TO SUE IS LOST.

[ ] More than 180 days have expired since the filing of this charge.

[ ] Less than 180 days have expired since the filing of this charge, but I have determined that the Commission will be unable to complete its process within 180 days from the filing of the charge.

[X] With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating its process with respect to this charge.

[ ] It has been determined that the Commission will continue to investigate your charge.

[X] ADEA: While Title VII and the ADA require EEOC to issue this notice of right to sue before you can bring a lawsuit, you may sue under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge was filed until 90 days after you received notice that EEOC has completed action on your charge.

[X] Because EEOC is closing your case, your lawsuit under the ADEA must be brought within 90 days of your receipt of this notice. Otherwise, your right to sue is lost.

[ ] EEOC is continuing its investigation. You will be notified when we have completed action and, if appropriate, our notice will include notice of right to sue under the ADEA.

[ ] EPA: While Title VII and the ADA require EEOC to issue this Notice of Right to Sue before you can bring a lawsuit, you already have the right to sue under the Equal Pay Act (EPA) (You are not required to complain to any enforcement agency before bringing an EPA suit in court). EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

_June 7 2000_
(Date)

On Behalf of the Commission

_John P. Rowe_
John P. Rowe, District Director

Enclosures
   Information Sheet
   Copy of Charge

cc: Respondent(s)     City Colleges of Chicago
                          Olive Harvey College

EEOC Form 161-B (Test 10/94)

EXHIBIT B

JS 44
(Rev. 12/96)

*Cat 2* — 00C 5457

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as req by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Grace M. Adams

## DEFENDANTS
JUDGE RONALD GUZMAN
City Colleges of Chicago

MAGISTRATE JUDGE SCHENKIER

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Cook
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**DOCKETED SEP 0 6 2000**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
312-369-7400
Timothy J. Coffey
33 N. LaSalle, Ste. 3300
Chgo, IL 60602

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAIN AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | ☐ 871 IRS – Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

ADEA of 1967, 29 USC §621, et seq.

## VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

## VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 9-5-00

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Grace Adams
v.
City Colleges of Chicago

Case Number: **00C 5457**

JUDGE RONALD GUZMAN

MAGISTRATE JUDGE SCHENKIER

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Grace Adams

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE **DOCKETED** SEP 06 2000 |
| NAME Timothy J. Coffey | NAME |
| FIRM (same) | FIRM |
| STREET ADDRESS 33 N. LaSalle | STREET ADDRESS |
| CITY/STATE/ZIP Chgo, IL 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-364-9000   FAX NUMBER 312-364-9140 | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER 6224686 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER   FAX NUMBER | TELEPHONE NUMBER   FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |